UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANDEEP DHILLION, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-2691 DAD DB P<br><br>ORDER |

　　　　Plaintiff, a county inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On March 4, 2024, this court ordered service of the complaint on defendants.  (ECF No. 7.)  The order required CDCR to file a notice of waiver within 40 days.  CDCR seeks a fourteen-day extension of that deadline in order to obtain authorizations from all defendants.

　　　　Good cause appearing, IT IS HEREBY ORDERED that CDCR's request for a fourteen-day extension of time (ECF No. 15) is granted.

Dated:  April 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prison inbox/civil rights/R/tufo2691.waiver notice eot