UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, | No. 2:23-cv-2691 DAD DB P |
| Plaintiff, | |
| v. | ORDER |
| AMANDEEP DHILLION, et al., | |
| Defendants. | |

Plaintiff is a county inmate, proceeding pro se with a civil rights action under 42 U.S.C. §1983. In an order filed May 31, 2024, this court referred this case to the court's Alternative Dispute Resolution ("ADR") Project and stayed the case for 120 days. (ECF No. 19.) Defendants were informed that they could move to opt out of the Project.

Defendants have filed a motion to opt out. (ECF No. 22.) Defendants' counsel states that after investigating plaintiff's claims, speaking with plaintiff, and conferring with his supervisor, he believes a settlement conference at this time would be a waste of resources. This court finds defendants have shown good cause to opt out of the ADR Project.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that

1. Defendants' motion to opt out of the ADR Project (ECF No. 22) is granted;
2. The stay of these proceedings is lifted; and
3. Within thirty days of the date of this order, defendants shall file a responsive pleading.

Dated: July 31, 2024

/s/ Deborah Barnes

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/tufo2691.opt out or

2