1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARVELLO L. TUFONO,                        No.  2:23-cv-2691-DAD-SCR

12              Plaintiff,

13         v.                                    FINDINGS & RECOMMENDATIONS

14    AMANDEEP DHILLION, et al.,

15              Defendants.

16

17         A recent court order was served on plaintiff's address of record and returned by the postal

18    service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

19    a party appearing in propria persona inform the court of any address change.  More than sixty-

20    three days have passed since the court order was returned by the postal service and plaintiff has

21    failed to notify the Court of a current address.

22         Accordingly, IT IS HEREBY RECOMMENDED that:

23         1.  This action be dismissed without prejudice for plaintiff's failure to prosecute.  See

24    Local Rule 183(b).

25         2.  Defendants' motion for summary judgment (ECF No. 26) be denied without prejudice

26    as moot.

27         These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                              1

1  after being served with these findings and recommendations, plaintiff may file written objections

2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

3  and Recommendations."  Any response to the objections shall be filed and served within fourteen

4  days after service of the objections. Plaintiff is advised that failure to file objections within the

5  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

6  F.2d 1153 (9th Cir. 1991).

7  DATED: February 27, 2025

8

9                                                                SEAN C. RIORDAN
                                                                  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28